

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-17-00715-CR

Bradlee Wayne **WRINKLE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6023
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice (not participating)
             Patricia O. Alvarez, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* Tex. R. App. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court